UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE CARMEN E. GARZA**

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: **15-182 MJ**    DATE: **1/22/15**    TAPE NUMBER: **LCR SIERRA BLANCA**

CLERK**: B. WILSON**    TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd | Ret'd |
|---|---|---|---|
| **JAIME JUAN ALVARADO** | **BERNADETTE SEDILLO, FPD STANDING IN** | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

USA by **AMANDA GOULD,** Asst. U. S. Attorney    Interpreter: **N/A**

Pretrial Officer present: **MONICA HOYLE**    Court in Session: **9:01-9:06 A.M. (3 MIN)**

☒    Agent sworn in OPEN COURT

☒    Court questions Defendant regarding his/her physical and mental conditions and age

☒    Court advises defendant(s) of possible penalties

☒    Court advises defendant(s) of all constitutional rights

☒    ORAL Motion for detention Hearing by Government

☒    Court grants Government's    ☒  Defense  ☐  oral motion to continue detention hearing

☐    Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒    Defendant(s) in custody

☐    Defendant(s) detained without bond as: Risk of Flight  ☐   Danger to Community  ☐

☐    Conditions of Release set at:

☒    Other: DEFENSE WILL WAIT FOR APPOINTED COUNSEL TO REQUEST AN INTERVIEW; PRELIMINARY/DETENTION HEARING WILL BE SCHEDULED ON MONDAY, 1/26/15 AT 8:30 A.M.